IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TIMBERLAND 109, LLC,

    Petitioner,

*v.*

HARRIS COUNTY, GEORGIA,

    Respondent.

CIVIL ACTION FILE
NO. 4:26-cv-00752-TES

---

## TEMPORARY STAY OF RULE 16/26 ORDER

---

The above-styled case comes before the Court on a Consent Motion by all parties for a temporary stay of the Rule 16/26 Order requirements. For good cause shown, the Court hereby GRANTS a temporary stay of the Rule 16/26 Order requirements.

In the event that any of Petitioner's claims remain pending after this Court's ruling on the Motion to Dismiss, the Parties shall confer within fourteen days of the ruling as required by Rules 16/26. The Parties shall then submit their proposed scheduling order within twenty-eight days of the ruling on the Motion to Dismiss.

SO ORDERED, this ____**16**___ day of ___**June**___ **2026**___.

_____
Judge Tilman E. Self, III
United States District Court
Middle District of Georgia

*ORDER PREPARED BY:*
Morgan G. McClure
Georgia Bar No. 884372
Counsel for Respondent